**UNITED STATES BANKRUPTCY COURT**
**Middle District of Alabama**

In re                                                          Case No. 11–32016
                                                               Chapter 13

Lela Shanta Rivers

     Debtor

## ORDER

     This case is before the court on the following matter:

*110* – Rule 9007 Motion/Notice/Objection: AMENDED Motion to Modify Plan Post Confirmation filed by Richard D. Shinbaum on behalf of Lela Shanta Rivers (RE: related document(s)108 Rule 9007–1 Motion/Notice/Objection filed by Debtor Lela Shanta Rivers). (Attachments: # 1 Exhibit Modified Amended Plan) (Shinbaum, Richard)

     It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

     **ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Done this 9th day of February,
2016.

                              *Dwight A. Williams, Jr.*

                              Dwight H. Williams Jr.
                              United States Bankruptcy Judge